U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 cv 05063
MARCUS LYONS,
            Plaintiff,
      v.
VILLAGE OF WOODRIDGE et al.,
            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marcus Lyons, Plaintiff

| | |
|---|---|
| NAME (Type or print) Gayle Horn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gayle Horn | |
| FIRM Loevy & Loevy | |
| STREET ADDRESS 312 North May Street, Suite 100 | |
| CITY/STATE/ZIP Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6286427 | TELEPHONE NUMBER 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES☐ NO☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES☐ NO☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES☐ NO☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES☐ NO☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL☐   APPOINTED COUNSEL☐ | |