## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 cv 05063

MARCUS LYONS,
        Plaintiff,
    v.
VILLAGE OF WOODRIDGE et al.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marcus Lyons, Plaintiff

| | |
|---|---|
| **NAME (Type or print)**<br>Michael Kanovitz | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>    s/ Michale Kanovitz | |
| **FIRM**<br>Loevy & Loevy | |
| **STREET ADDRESS**<br>312 North May Street, Suite 100 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60607 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6275233 | **TELEPHONE NUMBER**<br>312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |