**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Marcus Lyons
                           Plaintiff,

v.                                              Case No.: 1:08−cv−05063
                                               Honorable Ronald A. Guzman

Village of Woodridge, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 19, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Status hearing set for 4/23/2010 at 09:30 AM. Depositions as stated in open court to be taken by 4/19/10. Motion by Plaintiff for order permitting consumptive testing based on recently acquired evidence [89] is granted as stated in open court. Status hearing held on 3/19/2010. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.